*Johnson, for appellant.*
*Muir & Wickliffe, for appellee.*

---

F. McCorkhill *v.* W. H. Dix, &c.

**Partnership.**

Equal division of payment. Liability for proportion of debts, out of amount not paid in.

APPEAL FROM LOUISVILLE CHANCERY.

February 17, 1872.

OPINION OF THE COURT BY JUDGE LINDSAY:

It is made to appear by the petition of the appellee, that the

property owned by Kennedy at the time McCorkhill became his partner was valued at $6,000, and that in order to become an equal partner in the same, the latter agreed to pay either to Kennedy or to certain of his creditors holding liens on such property the sum of $3,000.

Of this amount he paid $1,000 in cash.

It further appears that out of the profits of the firm the debts of Hall and others against Kennedy to the amount of $2,603.16 were paid. To one-half of this amount McCorkhill is entitled as a credit on his indebtedness to Kennedy, which leaves the accounts between them thus:

Original indebtness ................... $3,000.00
Amount paid in cash ..................$1,000.00
One-half amount paid to Hall and others.. 1,301.59— 2,301.59

Balance still due .............................$ 698.41

The proceeds of the agreed sale of the partnership effects were $2,657.45. To one-half of this amount, $1,328.72, McCorkhill was entitled, but from this amount there should be deducted the $698.41 due to Kennedy on the original contract of partnership. This sum when deducted leaves $640.31, which ought to have been paid over to McCorkhill out of the proceeds of said agreed sale.

The error of the chancellor grows out of the assumption that McCorkhill owed the firm, when, in point of fact, his indebtedness was to Kennedy. The order made June 17th, 1870, requiring McCorkhill to pay into court $277.78 is erroneous, and the chancellor is directed to set the same aside, and hold it for nought. Further proceedings will be had consistent with this opinion.

*J. G. Wilson, for appellant.*
*Barnett & Edwards, for appellees.*